GIBSON, DUNN & CRUTCHER LLP
SCOTT EDELMAN, SBN 116927
sedelman@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

MICHAEL DORE, SBN 227442
mdore@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants
General Electric Company and
NBC Universal, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware Corporation; and IVILLAGE, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV10-4420-SJO(JCx)<br><br>The Hon. S. James Otero<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: June 7, 2010<br><br>Current response date: June 28, 2010<br><br>New response date: July 28, 2010 |

WHEREAS, Defendants General Electric Company and NBC Universal, Inc. removed this matter to this Court from California Superior Court on June 15, 2010; and,

WHEREAS, Defendant iVillage, Inc. has not yet been served; and,

WHEREAS, the current deadline for Defendants General Electric Company and NBC Universal, Inc. to respond to Plaintiff's complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 81(c)(2) is <u>June 28, 2010</u> (*i.e.*, 21 days after they were served with the state court summons and complaint on June 7, 2010); and,

WHEREAS, the undersigned counsel for the stipulating parties wish to extend by thirty (30) days the existing deadline for Defendants General Electric Company and NBC Universal, Inc. to answer or otherwise respond to Plaintiff's Complaint;

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the stipulating parties:

Pursuant to this Court's Local Rule 8-3, the time within which Defendants General Electric Company and NBC Universal, Inc. are required to answer or otherwise respond to Plaintiff's Complaint in this action shall be extended thirty (30) days (*i.e.*, from June 28, 2010 until July 28, 2010).

Dated: June 25, 2010                    BARRERA & ASSOCIATES

                                        */s/ Patricio Barrera\**

                                        Patricio T.D. Barrera
                                        Stephen G. Svajian
                                        Barrera & Associates
                                        1500 Rosecrans Avenue, Suite 500
                                        Manhattan Beach, CA 90266
                                        Telephone: 310-802-1500
                                        Facsimile: 310-802-0500

                                        *Attorneys for Plaintiff Done! Ventures, LLC*

| | |
|---|---|
| Dated: June 25, 2010 | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | */s/ Scott Edelman\** |
| | |
| | Scott A. Edelman<br>Michael H. Dore<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA  90067-3026<br>Telephone: 310-552-8500<br>Facsimile: 310-551-8741 |
| | |
| | *Attorneys for Defendants General Electric Company and NBC Universal, Inc.* |
| | |
| | \* I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document. |

100892597 (stip. re July 28, 2010 GE/NBCU response date)

3

# CERTIFICATE OF SERVICE

I, **Michael Dore,** declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On June 25, 2010, I served the following document(s):

- **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

Patricio T.D. Barrera
Stephen G. Svajian
Barrera & Associates
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266

☑ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** From facsimile number (213) 229-7520, I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above. The facsimile machine I used complied with applicable rules and no error was reported by the machine. I caused the machine to print a transmission record of the transmission.

1
2
3
4
5

☐ **BY FED EX OVERNIGHT DELIVERY:** On the above-mentioned date, I placed a true copy of the above mentioned document(s) in a sealed envelope or package designated by FEDEX with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by FEDEX or delivered same to an authorized courier or driver authorized by FEDEX to receive documents.

6
7

☑ I am employed in the office of Michael H. Dore, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

8
9

☑ **(FEDERAL)**   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10
11

Executed on June 25, 2010.

_____
Michael Dore