1  GIBSON, DUNN & CRUTCHER LLP
   SCOTT EDELMAN, SBN 116927
2  sedelman@gibsondunn.com
   2029 Century Park East, Suite 4000
3  Los Angeles, CA 90067-3026
   Telephone: (310) 552-8500
4  Facsimile: (310) 551-8741

5
   MICHAEL DORE, SBN 227442
6  mdore@gibsondunn.com
   333 South Grand Avenue
7  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
8  Facsimile: (213) 229-7520

9  Attorneys for Defendants
   General Electric Company;
10 NBC Universal, Inc.; and iVillage, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware Corporation; and IVILLAGE, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV10-4420-SJO(JCx)<br><br>The Hon. S. James Otero<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT FOR DEFENDANTS GENERAL ELECTRIC COMPANY AND NBC UNIVERSAL, INC.** |

The Court having reviewed the parties' stipulation, and having found good cause shown, the Joint Stipulation to Extend Time to Respond to Initial Complaint for Defendants General Electric Company and NBC Universal, Inc. is hereby GRANTED.

IT IS HEREBY ORDERED that the time within which Defendants General Electric Company and NBC Universal, Inc. are required to answer or

1

otherwise respond to Plaintiff's Complaint in this action shall be extended to August 20, 2010.

DATED: July 12, 2010

*S. James Otero*

Honorable S. James Otero
United States District Court Judge