**BARRERA & ASSOCIATES**
**PATRICIO T.D. BARRERA (SBN 149696)**
barrera@baattorneys.com
**STEPHEN G. SVAJIAN (SBN 266581)**
ssvajian@gmail.com
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, California 90266
Telephone: 310.802.1500
Telefax:    310.802.0500

Attorneys for Plaintiff Done! Ventures, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company, | Case No. 2:10-cv-04420-SJO-JC |
| Plaintiff, | **OBJECTION TO DEFENDANTS' UNTIMELY REPLY** |
| vs. | |
| GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware Corporation; IVILLAGE, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | Date:        October 12, 2010<br>Time:        10:00 a.m.<br>Courtroom: 1 |
| Defendants. | |

Plaintiff Done! Ventures, LLC respectfully objects to the late reply brief filed by defendants General Electric Company, NBC Universal, Inc., and iVillage, Inc., in response to plaintiff's opposition to defendants' motion to dismiss or transfer.  The Notice of Electronic Filing states that the reply brief was "entered by Lund, Jessica on 9/28/2010 at 5:01 PM PDT."  Defendants' reply papers were filed late, in violation of this Court's Standing Order (Docket No. 6, page 2, lines 8-12 ("The deadline to e-file a document is 4:00 p.m.; any document e-filed after 4:00 p.m. will be deemed filed on the next court day.")), and should not be considered when ruling on defendants' motion to dismiss or transfer this action.

Dated: September 30, 2010                BARRERA & ASSOCIATES


By:   /s/   Patricio T.D. Barrera
Patricio T.D. Barrera
Attorneys for Plaintiff Done! Ventures, LLC