UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

CASE NO.:  CV 10-4420 SJO (JCx)          DATE:  October 7, 2010

TITLE:  Done! Ventures, LLC v. General Electric Company, et al.

========================================================================
PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

COUNSEL PRESENT FOR PLAINTIFF(S):             COUNSEL PRESENT FOR DEFENDANT(S):

Not Present                                   Not Present

========================================================================
PROCEEDINGS:

The parties are advised that **MOTION To Dismiss Plaintiff's Complaint, and, Alternatively, To Transfer Venue [17] filed 8-20-10 by Defendants**, scheduled for hearing on October 12, 2010, is taken under submission.  Accordingly, the hearing date is vacated.  Order will issue.