# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

CASE NO.: CV 10-04420 SJO (JCx)          DATE: March 7, 2011

TITLE: Done! Ventures, LLC v. General Electric Company, et al.

========================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| Victor Paul Cruz | Margarita Lopez |
| Courtroom Clerk | Court Recorder |

**COUNSEL PRESENT FOR PLAINTIFF(S):**         **COUNSEL PRESENT FOR DEFENDANT(S):**

Patricio T. Barrera                          David Arnoff
Stephen G. Svajian

========================================================================

**PROCEEDINGS:** SCHEDULING CONFERENCE - Fed. R. Civ. P. 26(f)

The Court held a Scheduling Conference, setting the following dates:

| | | |
|---|---|---|
| Last Date to File a Motion or Stipulation to Amend or Add Parties | Thursday, April 7, 2011 | |
| Discovery Cut-off | Tuesday, September 13, 2011 | |
| Motion Hearing Cut-off (must be filed 21 days prior) | Monday, October 24, 2011 | at 10:00 a.m. |
| Pretrial Conference | Monday, December 5, 2011 | at 9:00 a.m. |
| Jury Trial Date | Tuesday, December 13, 2011 | at 9:00 a.m. |
| Settlement Conference | ADR | |

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are obligated under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

The Court advises counsel that all pretrial documents must be filed in compliance with the Court's Initial Standing Order, including but not limited to:

1. All Jury Instructions, agreed and opposed;
2. Verdict Forms;
3. Proposed Voir Dire Questions;
4. Joint Statement of Case;
5. Witness List, listing each witness and time estimates for direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine must comply with Local Rule 7 and will be heard the first day of trial;
10. Exhibits must be properly labeled, tagged, and in binders.