| | |
|---|---|
| 1 | BRIAN R. STRANGE (SBN 103252) |
| 2 | lacounsel@earthlink.net<br>GRETCHEN CARPENTER (SBN 180525) |
| 3 | gcarpenter@strangeandcarpenter.com<br>JOHN P. KRISTENSEN (SBN 224132) |
| 4 | jkristensen@strangeandcarpenter.com<br>STRANGE & CARPENTER |
| 5 | 12100 Wilshire Blvd., Suite 1900<br>Los Angeles, CA 90025 |
| 6 | Telephone:  310-207-5055; Fax:  310-826-3210 |
| 7 | STEPHEN G. SVAJIAN (SBN 266581)<br>ssvajian@gmail.com |
| 8 | SGS LAW GROUP<br>512 6th Street |
| 9 | Manhattan Beach, CA 90266<br>Telephone: 310-433-2920 |
| 10 | Attorneys for Plaintiff DONE! Ventures, LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DISTRICT**

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware corporation; IVILLAGE, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:10-cv-04420-SJO-JC<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE OF COURT TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT**<br><br>Hearing Date:　May 9, 2011<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　　"1"<br><br>Assigned to the Honorable S. James Otero<br><br>[Filed Concurrently with [Proposed] Order and [Proposed] First Amended Complaint] |

TO ALL COUNSEL AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 9, 2011, at 10:00 a.m. or as soon

-1-
**PLAINTIFF'S NOTICE OF MOTION TO AMEND THE COMPLAINT**

1  thereafter as the matter may be heard in Courtroom 1 of the Central District of
2  California, Western Division, located at 312 North Spring Street, Los Angeles,
3  California 90012, plaintiff DONE! Ventures, LLC (hereinafter "DONE!" or
4  "Plaintiff"), pursuant to Federal Rules of Civil Procedure ("Fed.R.Civ.P.") Rule
5  15(a)(2) and the March 7, 2011 Scheduling Order, hereby moves this Court for
6  leave of Court to amend the Complaint and include as a defendant Sedo.com,
7  LLC (hereinafter "Sedo").

8       This Motion is made following the conference of counsel pursuant to L.R.
9  7-3 which took place on February 16, 2011.  This Motion is based on this Notice,
10  the Memorandum of Points and Authorities and Proposed Amended Complaint,
11  as well as other documents and records on file herein, and on such oral and
12  documentary evidence as may be produced at the time of hearing of this Motion.

14  DATED: April 8, 2011             Respectfully submitted,

15                                   By: _____/s/_____

17                                   Brian R. Strange (SBN 103252)
                                     *lacounsel@earthlink.net*
18                                   Gretchen Carpenter (SBN 108525)
                                     *gcarpenter@strangeandcarpenter.com*
19                                   John P. Kristensen (SBN 224132)
                                     *jkristensen@strangeandcarpenter.com*
                                     **STRANGE & CARPENTER**
20                                   12100 Wilshire Blvd., Suite 1900
                                     Los Angeles, California 90025
21                                   Telephone:  (310) 207-5055
                                     Fax:  (310) 826-3210

23                                   STEPHEN G. SVAJIAN (SBN 266581)
                                     *steve@sgslawgroup.com*
                                     SGS LAW GROUP
24                                   1401 Highland Ave., Suite E
                                     Manhattan Beach, CA 90266
25                                   Telephone: 310-433-2920

-2-
**PLAINTIFF'S NOTICE OF MOTION TO AMEND THE COMPLAINT**

# MEMORANDUM OF POINTS & AUTHORITIES

## I.

### INTRODUCTION

This matter was originally filed as a breach of contract case by Plaintiff against defendants General Electric Company (hereinafter "GE"), NBC Universal, Inc. (hereinafter "NBC Universal") and iVillage, Inc. (hereinafter "iVillage") (hereinafter collectively "NBC"). Plaintiff completed a contract with NBC through a third party broker, Sedo.com (hereinafter "Sedo"), for the domain names women.com and women.net (hereinafter collectively "women.com."). Three days later, then NBC Universal CEO Jeff Zucker ordered the NBC Defendants to repudiate the contract with DONE! and refused to transfer women.com to Plaintiff.

NBC contends Sedo did not have authority to enter into the subject transaction, or if it did have authority, there was no contract formation between Done! and NBC. Plaintiff strongly disputes NBC's allegations. However, Plaintiff has elected to name Sedo as a Defendant, to account for the event there is a finding that Sedo was not an agent, or there was no meeting of the minds because of Sedo's representations.

The proposed First Amended Complaint does not include any new causes of action against NBC. The only changes in the claims against NBC is the breach of contract and declaratory relief claims now contain a specific monetary amount for jurisdiction purposes in the highly unlikely event NBC's Answer is stricken. The original Complaint alleged the breach of contract damages were to be proved at trial, instead of identifying the amount alleged. That procedure is proper only for tort-based causes of action.

///
///
///

## II.

### FEDERAL LAW STRONGLY FAVORS AMENDMENTS TO COMPLAINTS

Fed.R.Civ.P. Rules 15(a)(2) states in pertinent part:

> …[A] party may amend its pleading only with opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Federal policy strongly favors determination of cases on their merits. Therefore, the role of pleadings is limited, and leave to amend the pleading is freely given unless the opposing party makes a strong showing of undue prejudice, or bad faith or dilatory motive on the part of the moving party. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Filmtec Com. v. Hydranautics*, 67 F.3d 931, 935-36 (Fed. Cir. 1995); *Martinez v. Newport Beach City*, 125 F.3d 777, 785 (9th Cir. 1997.)

While leave to amend should not be granted automatically**, the circumstances under which Rule 15(a) permits denial of leave to amend are limited**. *YncJan v. Department of Air Force*, 943 F.2d 1388, 1391 (5th Cir. 1991) (emphasis added.) The Ninth Circuit jurisprudence mandates the policy favoring amendments is to be applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon. Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003.)

Plaintiff is seeking to add a party approximately ten (10) months after the alleged breach of a contract. Plaintiff has yet to receive even a single document from NBC in discovery and is filing this Motion pursuant to the Court's April 7, 2011 deadline.

///

///

///

-4-
**PLAINTIFF'S NOTICE OF MOTION TO AMEND THE COMPLAINT**

### III.
### PLAINTIFF MET & CONFERRED WITH NBC

Plaintiff met and conferred with Sedo in February 2011 about potentially naming Sedo as a partner. Plaintiff has not received any documentary evidence from NBC through discovery. Without the documents, Plaintiff is not prepared to add any new causes of action or prayers for new forms of damages against NBC. However, DONE! is naming Sedo as a defendant. Plaintiff informed NBC of this and provided the Proposed First Amended Complaint to NBC once it was completed.

### IV.
### PROPOSED FIRST AMENDED COMPLAINT

The Proposed First Amended Complaint is filed concurrently pursuant to Local Rule 15-1. It does not include new causes of action against NBC. It only clarifies the amount of damages under the breach of contract causes of action, which were silent beforehand. This is done solely for jurisdictional purposes. The causes of action against Sedo, and not NBC, are for breach of warranty of authority under *California Civ. Code* § 2342, breach of fiduciary duty and negligent misrepresentation. These three (3) causes of action, are based on the representations made by Sedo to DONE!. Sedo is also named in the breach of contract and declaratory relief causes of action.

///
///
///
///
///
///
///
///

## V.

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Amend the Complaint.

DATED: April 8, 2011            Respectfully submitted,

By: _____/s/_____

Brian R. Strange (SBN 103252)
*lacounsel@earthlink.net*
Gretchen Carpenter (SBN 108525)
*gcarpenter@strangeandcarpenter.com*
John P. Kristensen (SBN 224132)
*jkristensen@strangeandcarpenter.com*
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Fax: (310) 826-3210

STEPHEN G. SVAJIAN (SBN 266581)
*steve@sgslawgroup.com*
SGS LAW GROUP
1401 Highland Ave., Suite E
Manhattan Beach, CA 90266
Telephone: 310-433-2920

**PLAINTIFF'S NOTICE OF MOTION TO AMEND THE COMPLAINT**