BRIAN R. STRANGE (SBN 103252)
lacounsel@earthlink.net
GRETCHEN CARPENTER (SBN 180525)
gcarpenter@strangeandcarpenter.com
JOHN P. KRISTENSEN (SBN 224132)
jkristensen@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone: 310-207-5055; Fax: 310-826-3210

STEPHEN G. SVAJIAN (SBN 266581)
ssvajian@gmail.com
SGS LAW GROUP
512 6th Street
Manhattan Beach, CA 90266
Telephone: 310-433-2920

Attorneys for Plaintiff DONE! Ventures, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DISTRICT

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware corporation; IVILLAGE, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:10-cv-04420-SJO-JC<br><br>**JOINT STIPULATION ALLOWING PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT**<br><br>**[Fed.R.Civ.P. 15(a)(2)]**<br><br>[FILED CONCURRENTLY WITH [PROPOSED] ORDER]<br><br>Assigned to the Honorable S. James Otero |

　　　　WHEREAS, plaintiff DONE! Ventures, LLC (hereinafter "DONE!" or "Plaintiff") filed its Complaint in Los Angeles Superior Court on June 3, 2010

-1-
**STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

naming as defendants General Electric Company (hereinafter "GE"), NBCUniversal Media, LLC (formerly known as NBCUniversal, Inc.) (hereinafter "NBCUniversal") and iVillage LLC (formerly known as iVillage, Inc.) (hereinafter "iVillage") (hereinafter collectively "the iVillage Defendants");

WHEREAS, Plaintiff's Complaint asserts four (4) causes of action against the iVillage Defendants for: (1) Breach of Contract; (2) Specific Performance; (3) Injunctive Relief; and (4) Declaratory Relief;

WHEREAS, on or about June 7, 2010, Plaintiff served the Summons and Complaint on GE's registered agent and NBCUniversal's registered agent;

WHEREAS, on June 15, 2010, GE and NBCUniversal removed this case to this Court;

WHEREAS, on July 7, 2010, Plaintiff stipulated to provide the iVillage Defendants an extension until August 20, 2010 to respond to the initial Complaint, in exchange for iVillage waiving service of summons pursuant to Federal Rules of Civil Procedure ("Fed.R.Civ.P.") Rule 4(d);

WHEREAS, on August 20, 2010, the iVillage Defendants filed a Motion to Dismiss;

WHEREAS, on January 21, 2011, this Court denied the iVillage Defendants' Motion to Dismiss;

WHEREAS, on February 22, 2011, the iVillage Defendants filed their Answer to Plaintiff's initial Complaint;

WHEREAS, because the iVillage Defendants have already answered the initial Complaint, Plaintiff cannot amend its Complaint without leave of Court;

WHEREAS, on April 1, 2011, iVillage propounded written discovery upon Plaintiff that is not yet due;

WHEREAS, Plaintiff has filed a Motion for Leave to Amend the Complaint that is scheduled to be heard on May 9, 2011;

WHEREAS, Plaintiff's proposed First Amended Complaint asserts no new

claims for relief against the iVillage Defendants, but adds new claims against a new party, defendant Sedo.com, LLC (hereafter "Sedo").

WHEREAS, in light of the early stage of this case, the nature of the amendments, and the fact that leave to amend is liberally granted, Plaintiff has requested, and the iVillage Defendants have agreed, subject to two conditions described below, to allow Plaintiff to file its proposed First Amended Complaint, thereby making Plaintiff's Motion for Leave to Amend the Complaint moot.

WHEREAS, the iVillage Defendants' stipulation to allow the filing of the First Amended Complaint is subject to two conditions, both of which Plaintiff has agreed to: (1) Because the First Amended Complaint asserts no new claims for relief against the iVillage Defendants, it is agreed that the iVillage Defendants' Answer filed on February 22, 2011 to the initial Complaint shall be deemed sufficient to controvert all of the allegations of the First Amended Complaint against each of the iVillage Defendants, and (2) Because the written discovery served by iVillage on April 1, 2011 included discovery requests and interrogatories that expressly reference and quote certain express allegations contained in Plaintiff's initial Complaint, Plaintiff has agreed that it will respond to iVillage's pending discovery as if the initial Complaint was still the operative pleading in the case.

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the iVillage Defendants and Plaintiff, and subject to the Court's Order as follows:

1. Plaintiff's Proposed First Amended Complaint shall be filed and will be deemed served on the iVillage Defendants as of the date this Court enters an Order permitting Plaintiff to file the First Amended Complaint;

2. Because the First Amended Complaint asserts no new claims for relief against the iVillage Defendants, the Answer filed by the iVillage Defendants on February 22, 2011 to the initial Complaint shall be deemed sufficient to

1  controvert all of the allegations of the First Amended Complaint against each of
2  the iVillage Defendants;
3       3.  Because the written discovery served by iVillage on April 1, 2011
4  included discovery requests and interrogatories that expressly reference and
5  quote certain express allegations contained in Plaintiff's initial Complaint,
6  Plaintiff shall respond to iVillage's pending discovery as if the initial Complaint
7  was still the operative pleading in the case; and
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  4. Upon the entry of an Order by the Court granting this Stipulation, the
2  scheduled May 9, 2011 hearing date on Plaintiff's Motion for Leave to Amend
3  the Complaint is vacated.

5  DATED: April 15, 2011          Respectfully submitted,

6                                 By: _____/s/_____

8                                 Brian R. Strange (SBN 103252)
                                  *lacounsel@earthlink.net*
                                  Gretchen Carpenter (SBN 108525)
9                                 *gcarpenter@strangeandcarpenter.com*
                                  John P. Kristensen (SBN 224132)
10                                *jkristensen@strangeandcarpenter.com*
                                  **STRANGE & CARPENTER**
11                                12100 Wilshire Blvd., Suite 1900
                                  Los Angeles, California 90025
12                                Telephone: (310) 207-5055
                                  Fax: (310) 826-3210

14                                STEPHEN G. SVAJIAN (SBN 266581)
                                  *steve@sgslawgroup.com*
15                                **SGS LAW GROUP**
                                  1401 Highland Ave., Suite E
                                  Manhattan Beach, CA 90266
16                                Telephone: (310) 433-2920

18  DATED: April 15, 2011          Respectfully submitted,

19                                 By: _____/s/_____

21                                David Aronoff (SBN 125694)
                                  *daronoff@lathropgage.com*
22                                **Lathrop & Gage, LLP**
                                  1888 Century Park East, Suite 1000
23                                Los Angeles, California 90067
                                  Telephone: (310) 789-4600
                                  Fax: (310) 789-4601

-5-
**STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**