<div style="color:red; font-weight:bold; text-align:center; font-size:200%">DENIED</div>

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware corporation; IVILLAGE, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　Defendants. | Case No. 2:10-cv-04420-SJO-JC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION ALLOWING PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT**<br><br>**[Fed.R.Civ.P. 15(a)(2)]**<br><br>Assigned to the Honorable S. James Otero |

　　The Court having reviewed the Stipulation between plaintiff DONE! Ventures, LLC (hereinafter "Done!" or "Plaintiff") and defendants General Electric Company (hereinafter "GE"), NBCUniversal Media, LLC (formerly known as NBCUniversal, Inc.) (hereinafter "NBCUniversal") and iVillage LLC

-1-
**[PROPOSED] ORDER**

(formerly known as iVillage, Inc.) (hereinafter "iVillage") (hereinafter collectively "the iVillage Defendants"), and having found good cause shown, the Stipulation Allowing Plaintiff to file its First Amended Complaint is hereby GRANTED.

IT IS FURTHER ORDERED AS FOLLOWS:

1. That Plaintiff is granted leave of court to file its First Amended Complaint in the above-referenced matter forthwith;

2. Plaintiff's Proposed First Amended Complaint shall be deemed served on the iVillage Defendants as of the date this Court enters this Order;

3. Because the First Amended Complaint asserts no new claims for relief against the iVillage Defendants, the Answer filed by the iVillage Defendants on February 22, 2011 to the initial Complaint shall be deemed sufficient to controvert all of the allegations of the First Amended Complaint against each of the iVillage Defendants;

4. Because the written discovery served by iVillage on April 1, 2011 included discovery requests and interrogatories that expressly reference and quote certain express allegations contained in Plaintiff's initial Complaint, Plaintiff shall respond to iVillage's pending discovery as if the initial Complaint was still the operative pleading in the case; and

5. The scheduled May 9, 2011 hearing date on Plaintiff's Motion for Leave to Amend the Complaint is vacated.

**IT IS SO ORDERED.**    SJO  4/19/11

**DENIED**
BY ORDER OF THE COURT

Date: _____

Honorable S. James Otero
United States District Judge

-2-
**[PROPOSED] ORDER**