David Aronoff (SBN 125694)
daronoff@lathropgage.com
Amber Henry (SBN 247624)
ahenry@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: 310-789-4600
Facsimile: 310-789-4601

Attorneys for Defendants
GENERAL ELECTRIC COMPANY;
NBCUNIVERSAL MEDIA, LLC
(formerly known as NBC Universal, Inc.); and iVILLAGE LLC (formerly known as iVILLAGE, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware Corporation; and IVILLAGE, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV10-04420-SJO(JCx)<br><br>Judge S. James Otero<br><br>**DEFENDANTS' LOCAL RULE 7-9(b) STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Hearing Date: May 9, 2011<br>Time: 10:00 a.m.<br>Courtroom: "1" |

Pursuant to Local Rule 7-9(b), and subject to the conditions stated in the Joint Stipulation filed herein on April 15, 2011, defendants General Electric Company, NBCUniversal Media, LLC (formerly known as NBCUniversal, Inc.) and iVillage LLC (formerly known as iVillage, Inc.) do not oppose Plaintiff's pending Motion for Leave to File Amended Complaint, which is calendared to be heard on May 9, 2011.

DATED:  April 25, 2011           LATHROP & GAGE LLP


By: _____/s/ David Aronoff_____
David Aronoff
Attorneys for defendants GENERAL ELECTRIC COMPANY; NBCUNIVERSAL MEDIA, LLC (formerly known as NBC Universal, Inc.); and iVILLAGE LLC (formerly known as iVillage, Inc.)