```
 1  BRIAN R. STRANGE (SBN 103252)
    lacounsel@earthlink.net
 2  GRETCHEN CARPENTER (SBN 180525)
    gcarpenter@strangeandcarpenter.com
 3  JOHN P. KRISTENSEN (SBN 224132)
    jkristensen@strangeandcarpenter.com
 4  STRANGE & CARPENTER
    12100 Wilshire Blvd., Suite 1900
 5  Los Angeles, CA 90025
    Telephone: 310-207-5055; Fax: 310-826-3210
 6
    STEPHEN G. SVAJIAN (SBN 266581)
 7  steve@sgslawgroup.com
    SGS LAW GROUP
 8  1401 Highland Ave., Suite E
    Manhattan Beach, CA 90266
 9  Telephone: 310-433-2920

10  Attorneys for Plaintiff DONE! Ventures, LLC
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware corporation; IVILLAGE, INC., a Delaware Corporation, SEDO.COM, LLC, a Massachusetts Domestic LLC, and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 2:10-cv-04420-SJO-JC<br><br>**PROOF OF SERVICE RE DEFENDANT SEDO.COM, LLC, A MASSACHUSETTS DOMESTIC LLC**<br><br><br>Assigned to the Honorable S. James Otero |

-1-

PROOF OF SERVICE RE DEFENDANT SEDO.COM, LLC, A MASSACHUSETTS DOMESTIC LLC

BRIAN R. STRANGE, 103252
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, Ca 90025
(310) 207-5055

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Libility Company<br>Plaintiff(s)<br>v.<br>GENERAL ELECTRIC COMPANY, ET AL.<br>Defendant(s) | CASE NUMBER:<br>2:10-cv-04420-SJO-JC<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☐ summons  ☐ complaint  ☐ alias summons  ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify)*: SEE ATTACHED LIST OF DOCUMENTS

2. **Person served:**
   a. ☒ Defendant *(name)*: SEDO.COM, LLC, A MASSACHUSSETTS DOMESTIC LLC
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      Ulrich Essmann, Agent For Service
   c. ☒ Address where papers were served: 161 FIRST STREET, 4TH FLOOR, CAMBRIDGE, MA 02142

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. ☐ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☒ Papers were served on *(date)*: 05/16/11 at *(time)*: 5:10 PM

   b. ☐ By **Substituted service.** By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on *(date)*: _____ at *(time)*: _____
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (date): _____
      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                                       PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☒ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   M. SMALLWOOD
   7124 Owensmouth Ave., #106
   Canoga Park, Ca 91303
   (818) 928-7247

   a. Fee for service: $ 275.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 05/17/11

_____
*(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                         PAGE 2

*DONE! VENTURES, LLC V. GENERAL ELECTRIC COMPANY, ET AL.*
U.S.D.C. CASE NO. 10-cv-04420

<u>LIST OF DOCUMENTS TO SERVE</u>:

1. Summons
2. First Amended Complaint for Damages & Demand for Jury Trial
3. Order on Request for Approval of Substitution of Attorney
4. Certification and Notice of Interested Parties
5. March 7, 2011 Civil Minutes
6. Notice of Order Re: Scheduling Conference
7. Initial Standing Order For Cases Assigned to Judge S. James Otero
8. Notice to Parties of ADR Program
9. Plaintiff's First Set of Interrogatories to Defendant Sedo.com, LLC
10. Plaintiff's First Set of Requests for Production of Documents to Defendant Sedo.com, LLC
11. Plaintiff's Second Set of Requests for Production of Documents to Defendant Sedo.com, LLC
12. Plaintiff's First Set of Requests for Admissions to Defendant Sedo.com, LLC